ERIC GRANT
United States Attorney
Zachary Malinski
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL WISELEY, <br><br> Defendant. | CASE NO. 2:25-CR-00207-DC <br> 2:25-CR-00208-DC <br><br> STIPULATION AND ORDER FOR CONTINUANCE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Zachary Malinski, and defendant Michael WISELEY, by and through defendant's counsel of record, Clemente Jimenez, hereby stipulate as follows:

1. A disposition hearing is currently set for November 14, 2025.

2. The parties have been informed that an additional petition alleging new violations of Defendant's terms of supervised release will be filed.

3. Both parties have conferred with Probation, and all agree on a future date of December 19, 2025.

///

///

///

1     4.     By this stipulation, the parties jointly move to continue the November 14, 2025

2 disposition date to December 19, 2025.

3     IT IS SO STIPULATED.

4

5  Dated:  November 4, 2025                    ERIC GRANT
                                               United States Attorney
6

7                                              /s/ *Zachary Malinski*
                                               Zachary Malinski
8                                              Assistant United States Attorney

9

10 Dated:  November 4, 2025                    /s/ *Clemente Jimenez*
                                               Clemente Jimenez
11                                             Counsel for Defendant
                                               MICHAEL WISELEY
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR CONTINUANCE            2

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Revocation (Deposition) Hearing scheduled for November 14, 2025, is VACATED and RESET for December 19, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:   **November 6, 2025**

Dena Coggins
United States District Judge