CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for MICHAEL WISELEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WISELEY<br>a.k.a. Michael BENETTI,<br><br>Defendant. | Case No.: 2:25-cr-207 DC, 2:25-cr-208 DC<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING DISPOSITION HEARING<br><br>DATE:   December 19, 2025<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Zachary Malinski, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Michael Wiseley, that this matter currently scheduled for December 19, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on January 23, 2026, at 9:30 a.m.  The cases are set for disposition as to a violation petition filed on September 9, 2025, and for admit/deny as to the violation petition filed November 5, 2025.  The parties require additional time to obtain information relating to state criminal charges relevant to disposition.  Furthermore, defense counsel requires additional time to confer with Mr. Wiseley.  The parties have confirmed availability with US Probation.

//

//

12/12/25

| | | | |
|---|---|---|---|
| 1 | DATED: | December 10, 2025 | /S/     Zachary Malinski |
| 2 | | | ERIC GRANT |
| 3 | | | by ZACHARY MALINSKI |
| | | | Attorney for Plaintiff |
| 4 | | | |
| 5 | DATED: | December 10, 2025 | /S/     Clemente M. Jiménez |
| | | | CLEMENTE M. JIMÉNEZ |
| 6 | | | Attorney for Michael Wiseley |

12/12/25

**ORDER**

The court, having received, read and considered the parties' stipulation filed on December 10, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue. Accordingly, the Disposition (Revocation) Hearing as to the Violation Petition filed on September 9, 2025, and the Violation (Admit/Deny) Hearing as to the Violation Petition filed on November 5, 2025, scheduled for December 19, 2025, is VACATED and RESET for January 23, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:   **December 12, 2025**

_____
Dena Coggins
United States District Judge